# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00425-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    FRANCISCO FRANCO-OROZCO,

       Defendant.

___

**ORDER**
___

Upon Defendant's Notice of Disposition (Doc 18 - filed November 28, 2011), and it appearing that Defendant will plead to a Class B misdemeanor, it is

ORDERED that this matter is REMANDED to the Duty Magistrate Judge for further proceedings.

IT IS FURTHER ORDERED that the hearing set **December 7, 2011 is VACATED**.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: December 1, 2011